IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(**Greenbelt Division**)

| | |
|---|---|
| **NATIONAL ASSOCIATION OF BLACK ACCOUNTANTS, INC.,**<br><br>　　　　Plaintiff,<br>　v.<br><br>**WHITE INVESTMENTS LLC AND JOHN DOE NOS. 1-100,**<br><br>　　　　Defendants. | Case No. 8:25-cv-02002-MJM |

**PLAINTIFF VETRO BUILDING ENVELOPE LLC'S *EX PARTE*
MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO A RULE 26(f) CONFERENCE**

　　　Plaintiff National Association of Black Accountants ("Plaintiff"), by C. Andrew Barnes and Whiteford, Taylor & Preston, LLP, pursuant to Federal Rules of Civil Procedure 26(d)(1), and upon the attached: 1) Memorandum of Law in support of this motion; 2) Declaration of William K. Watanabe; and 3) Declaration of Eric M. Fiterman, respectfully moves for entry of an order granting it leave to serve third party subpoenas prior to a Rule 26(f) conference (the "Motion").  A proposed order is attached for the Court's convenience.

[Remainder of page intentionally blank]

Respectfully submitted,

*/s/ C. Andrew Barnes*
C. Andrew Barnes (Bar No. 30561)
WHITEFORD, TAYLOR & PRESTON, LLP
7 Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
Telephone: (410) 347-9484
Facsimile: (410) 234-2234
anbarnes@whitefordlaw.com

-and-

William K. Watanabe (*pro hac vice, admission pending*)
WHITEFORD, TAYLOR & PRESTON, LLP
444 Madison Avenue, 4th Floor
New York, NY 10022
Telephone: (646) 618-6853
Facsimile: (646) 706-5097
kwatanabe@whitefordlaw.com

*Attorneys for Plaintiff,*
*National Association of Black Accountants, Inc.*