# WHITEFORD, TAYLOR & PRESTON L.L.P.

WILLIAM K. WATANABE
SENIOR COUNSEL
DIRECT LINE (646) 618-8653
DIRECT FAX (646) 706-5097
KWatanabe@whitefordlaw.com

444 MADISON AVENUE
NEW YORK, NY 10022

MAIN TELEPHONE (646) 618-8660
FACSIMILE (646) 618-8659

DELAWARE*
DISTRICT OF COLUMBIA
KENTUCKY
MARYLAND
NEW YORK
VIRGINIA

WWW.WHITEFORDLAW.COM
(800) 987-8705

August 4, 2025

**VIA ECF**
Honorable Judge Maddox
US District Court Judge
District of Maryland, Southern Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

   Re: *National Association of Black Accountants, Inc. v. White Investments LLC, et al.*
     *U.S. District Court, District of Maryland (Greenbelt)*
     *8:25-cv-02002-MJM*

Dear Judge Maddox:

  Pursuant to the Court's request during the July 25, 2025 Status Conference, attached is a supplemental declaration providing additional identifying information regarding the parties from whom initial discovery will be sought, as well as an amended proposed order. Should the Court require further information or would like to review the proposed subpoenas prior to their service, we will promptly provide same.

          Very truly yours,

          */s/ William K. Watanabe*

          William K. Watanabe

WKW:ah